Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

In Re:  Dana Lynn Franks
Debtor

                                        Case No.: 24−19171−JNP
                                        Chapter 7

Dana Lynn Franks
Plaintiff

v.

United States Department of Education
Defendant

Adv. Proc. No. 25−01105−JNP                    Judge: Jerrold N. Poslusny Jr.

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 18, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 8
Joint Scheduling Order. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/17/2025. Discovery due by 4/15/2026. Final Pre−Trial Conference date set for 7/14/2026 at 02:00 PM at JNP − Courtroom 4C, Camden. Trial date set for 7/29/2026 at 10:00 AM at JNP − Courtroom 4C, Camden. (kvr)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 18, 2025
JAN: kvr

                                                                                    Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

Franks,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 25-01105-JNP

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Dec 18, 2025      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Dana Lynn Franks, 102 Brookdale Pl, Clementon, NJ 08021-5802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: edbknotices@ecmc.org | Dec 18 2025 21:07:00 | United States Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0001 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2025 at the address(es) listed below:

**Name      Email Address**

Eamonn O'Hagan
     on behalf of Defendant United States Department of Education eamonn.ohagan@usdoj.gov

Lee Martin Perlman
     on behalf of Plaintiff Dana Lynn Franks ecf@newjerseybankruptcy.com
     mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 18, 2025 Form ID: orderntc Total Noticed: 2
TOTAL: 2